# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BRIEN D. LAWS, | ) | CLERK'S JUDGMENT |
| | ) | |
| Petitioner, | ) | 5:12-CV-00173-2-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN WHITE, | ) | |
| Administrator, Mountain View | ) | |
| Correctional Institution | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2013, Order.

April 29, 2013

Frank G. Johns, Clerk
United States District Court